**RICHARD T. HAIK, SR.**
CHIEF JUDGE



PHONE: (337) 593-5100
FAX: (337) 593-5110

## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
800 Lafayette Street, Suite 4200
Lafayette, Louisiana 70501

August 17, 2006

Committee on Financial Disclosure
Administrative Office of the U. S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Amendment to 2005 Financial Disclosure

Dear Sir or Madam:

In the preparation of my 2005 Financial Disclosure Form, which I have already submitted, I have discovered a few errors and/or omissions. I have inadvertently omitted the following:

1. Section I- Positions: 1. President - Colonel Joseph George & Saida Saloom Hannie Community Home, Inc.

2. Section V- Gifts: #4. Bill Baisey - Description: "For reportee and spouse to attend two weddings in Jordan which includes air travel to and from Jordan, lodging, meals and transportation while in Jordan. Value: $6,500.00.

3. Section VI - Liabilities: 1. St. Landry Bank & Trust - Open Note - Value Code: A
    2. USAA - ████████Home Mortgage(co-sign)
    Value Code: L

4. Section VII- Investments and Trusts: #29(5) Identity of Buyer: Grant Thomas not John John Smith.

5. Section VII-Investments and Trusts: #37: Colonel Joseph George & Saida Saloom Hannie Community Home, Inc.

I apologize for any inconvenience this oversight may have caused.

August 17, 2006
Page -2-

If you need any further information please do not hesitate to contact me personally.

With kindest regards, I remain

Yours very truly,



Richard T. Haik, Sr.
Chief Judge
U. S. District Court
Western District of Louisiana

RTH/jds

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Haik, Richard T | 2. Court or Organization<br><br>Wester District of Louisiana | 3. Date of Report<br><br>08/9/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>800 Lafayette Street<br>Suite 4200<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 06/30/05 | Iberia Parish School Board Sec 457 Retirement Plan |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Louisiana State Bar Association - 6/26/2005 | Seminar Speaker, Las Vegas, NV--travel, lodging, and meals |
| 2. Louisiana Trial Lawyers Association - 8/12/2005 | Seminar Speaker, New Orleans, LA--travel, lodging, and meals |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 08/9/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The City Club | Honarary Membership | $ 666 |
| 2. Diamond M Drilling | Hunting Trip | $ 750 |
| 3. Rowan Companies | Hunting Trip | $ 1,000 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 08/9/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Iberia Bank Account #1 | A | Interest | J | T | | | | | |
| 2. Iberia Bank Account #2 | A | Interest | J | T | | | | | |
| 3. Iberia Bank Account #3 | A | Interest | J | T | | | | | |
| 4. Iberia Bank Account #4 | A | Interest | J | T | | | | | |
| 5. Iberia Bank Account #5 | | | J | T | | | | | |
| 6. Iberia Bank Account #6 | | | J | T | | | | | |
| 7. Iberia Bank Account #7 | | | | | Closed | 01/01 | J | A | |
| 8. Brokerage Account #1 | | | | | | | | | |
| 9. --Edward Jones Money Market Account | A | Dividend | J | T | | | | | |
| 10. --Diamond Offshore Drilling, Inc. Common Stsock | A | Dividend | J | T | | | | | |
| 11. --Iberiabank Common Stock | A | Dividend | | | Sale | 09/01 | J | A | Open Market Sale |
| 12. --Rowan Company Common Stock | A | Dividend | J | T | | | | | |
| 13. --American International Petroleum Common Stock (X) | | | J | T | | | | | |
| 14. --Louisiana Health Care Group Common Stock | | | J | T | Purchase | 11/01 | J | | |
| 15. Brokerage Account #2 | | | | | | | | | |
| 16. --Iberia Parish, LA Industrial Development Bonds (X) | A | Interest | J | T | | | | | |
| 17. --Iberia Parish, LA Industrial Development Bonds (X) | | | | | Redemption | 06/03 | J | A | Open Market Sale |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 08/9/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Angola, IN Revenue Bonds (X) | A | Interest | J | T | | | | | |
| 19. --Lafourche Parish, LA Sales Tax Bonds (X) | A | Interest | J | T | | | | | |
| 20. --St. Tammany Parish, LA Hospital Bonds (X) | A | Interest | J | T | | | | | |
| 21. --Tillman County, OK Revenue Bonds (X) | A | Interest | J | T | | | | | |
| 22. --Walton County, FL Revenue Bonds (X) | A | Interest | J | T | | | | | |
| 23. --West Jefferson, LA Revenue Bonds (X) | A | Interest | J | T | | | | | |
| 24. --Elizabeth City, NC Revenue Bonds (X) | | | J | T | | | | | |
| 25. --Cambria County, PA Revenue Bonds (X) | | | J | T | | | | | |
| 26. --Montgomery-Southside, AL Revenue Bonds (X) | | | J | T | | | | | |
| 27. The McGeeHee Group, LLC | | | O | W | Purchase | 09/01 | | | |
| 28. JP Morgan Chase BankCommon Stock | | | | | Cash in Lieu | 02/11 | J | A | Open Market Sale |
| 29. Land - New Iberia, LA (X) | | | | | Sale | 04/29 | K | B | John Smith |
| 30. Brokerage Account #3 | | | | | | | | | |
| 31. --Edward Jones Money Market Account | A | Dividend | J | T | | | | | |
| 32. --Growth Fund of America Mutual Fund | A | Dividend | K | T | Partial Sale | 04/01 | J | A | Open Market Sale |
| 33. --Liberty Funds Trust Tax-Exempt Fund | | | J | T | | | | | |
| 34. Individual Retirement Account #1 | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 08/9/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Euro Pacific Growth Fund Mutual Fund | | | | | | | | | |
| 36. --Growth Fund of America Mutual Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501.- $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 08/9/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII: Iberia Bank Account #7 and all assets in brokerage account #2 were owned by ███████████████ and therefore these assets are not subject to reporting. The description for brokerage account #2 this year is a new account and is not to be confused with the assets shown under brokerage account #2 on the 2004 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 08/9/2006 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                        Date ✓ 8-10-2006

NOTE: A[...]IES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRI[...]

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544